

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>Thomas Henry ARCISZEWSKI II,<br><br>   Defendant. | Magistrate Case No. '20 MJ5307<br><br>COMPLAINT FOR VIOLATION OF<br>Title 8 U.S.C. Section<br>1324(a)(2)(B)(iii)-<br>Bringing in Unlawful Alien(s)<br>Without Presentation |

The undersigned complainant being duly sworn states:

On or about December 8, 2020, within the Southern District of California, Defendant, Thomas Henry ARCISZEWSKI II, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that said aliens, namely, Rosaelia LOPEZ-Santiago and Bernardino HERNANDEZ-Sanchez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens, and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference

SIGNATURE OF COMPLAINANT
Gabriela Acevedo, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1 on December 9, 2020.

HON. JILL L. BURKHARDT
UNITED STATES MAGISTRATE JUDGE

PROBABLE CAUSE STATEMENT

The complainant states that Rosaelia LOPEZ-Santiago and Bernardino HERNANDEZ-Sanchez, are citizens of a country other than the United States; that said aliens have admitted they are deportable; that their testimony is material, that is impracticable to secure their attendance at trial by subpoena; and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On December 8, 2020, at approximately 9:33 AM, Thomas Henry ARCISZEWSKI II (Defendant), a United States citizen, made application for admission into the United States at the San Ysidro, California Port of Entry via the vehicle primary lanes. Defendant was the driver of a 2004 Kia Sorrento. Upon inspection before a Customs and Border Protection (CBP) Officer, Defendant presented his United States Passport and said he was going to San Ysidro and Chula Vista, California with nothing to declare from Mexico. The CBP Officer received a computer generated referral warranting a secondary inspection. The CBP Officer referred the Defendant, the passenger and the vehicle to secondary for further inspection.

In secondary, the Defendant drove his vehicle through an x-ray device where a CBP Officer observed anomalies in the rear of the vehicle. The Defendant and passenger were removed from the vehicle and taken to secured office. CBP Officers inspected the area and discovered a non-factory compartment in the bumper. CBP Officers assisted two people out of the non-factory compartment by forcibly removing the rear bumper. The individuals, later identified as Rosaelia LOPEZ-Santiago and Bernardino HERNANDEZ-Sanchez, were determined to be citizens of Mexico without documents to enter the United States and are now held as Material Witnesses.

At approximately 12:20 P.M., Defendant was advised of his Miranda Rights and elected to make a statement. Defendant denied knowledge of the undocumented aliens concealed within the vehicle he was driving.

During a video-recorded interview, Material Witnesses admitted they are citizens of Mexico with no legal documents to enter the United States. Material Witnesses stated they were going to California to seek employment. Material Witnesses stated they were going to pay a smuggling fee ranging from an unknown amount to $17,000 USD.